FILED'06 JUN 05 14:07USDC-ORE

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

ROSITA CONTRERAS,

    Plaintiff,

v.

JO ANNE B. BARNHART,

**Commissioner of Social Security,**

    Defendant.

CV 05-6240-HO

ORDER

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $5237.50 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The EAJA fee shall be made payable directly to plaintiff's attorney. There are no costs and expenses to be paid herein.

DATED this 5th day of June, 2006.

*Michael R. Hogan*
UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff

Page -1-   ORDER - [05-0494-JE]